1
2
3
4                                                          JS-6
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11
12   JONATHAN HEPPNER AND TRINA )        CASE NO.: CV11-01630 CBM (RZx)
     HEPPNER,                    )        Complaint filed: February 24, 2011
13                               )        *Hon. Judge Consuelo B. Marshall,* Ctrm: 2
                     Plaintiffs, )        Magistrate *Judge Hon.* Ralph Zarefsky, Ctrm: 540
14   vs.                         )
15   CITY OF LOS ANGELES; A      )        **JUDGMENT ON SPECIAL VERDICT**
     POLITICAL SUBDIVISION OF THE )
16   STATE OF CALIFORNIA; LOS    )
     ANGELES POLICE DEPARTMENT;  )
17   SGT. VINCENT #27386; OROP0EZA )
     #39609; ORDONEZ #36647;      )
18   HITZHMAN #39879 AND DOES 1  )
     THRU 10 INCLUSIVE,          )
19                               )
                     Defendants. )
20   _____ )
                                 )
21
22       This action came on regularly for trial by jury on September 4, 2012, with attorney

23   OKORIE OKOROCHA appearing for Plaintiffs JONATHAN HEPPNER and TRINA

24   HEPPNER and Defendants CITY OF LOS ANGELES, JULIA VINCENT, MATTHEW

25   OROPEZA, OSCAR ORDONEZ and ROBERT HITCHMAN, IV appearing in person

26   and by and through RICHARD M. ARIAS, Deputy City Attorney; a jury of six persons

27   duly impaneled and sworn; witnesses testified; evidence was received; and after being

28   duly instructed by the court, the jury deliberated and thereon returned the following

                                     1

special verdict:

## <u>JUDGMENT ON SPECIAL VERDICT</u>

"TITLE OF COURT AND CAUSE"

"WE, THE JURY, IN THE ABOVE-ENTITLED CAUSE, UNANIMOUSLY FIND AS FOLLOWS:

**QUESTION NO. 1:** Have Plaintiffs Jonathan Heppner and Trina Heppner proved by a preponderance of the evidence that any of the following defendants unreasonably searched their property/residence?  A search is reasonable if:

- a Plaintiff knowingly and voluntarily consented to the search or
- all of the circumstances known to the officers at the time would cause a reasonable person to believe that the entry or the search was necessary to prevent the escape of a suspect and there was insufficient time to get a search warrant.

**ANSWER:**

| | | |
|---|---|---|
| JULIA VINCENT | Yes _____ | No _X_ |
| MATTHEW OROPEZA | Yes _____ | No _X_ |
| OSCAR ORDONEZ | Yes _____ | No _X_ |
| ROBERT HITCHMAN, IV | Yes _____ | No _X_ |

If your answer to **Question No. 1** is "Yes" for any of the officers, then proceed to **Question No. 2**.

If your answer to **Question No. 1** is "No" for all of the officers then skip to **Question No. 3**.

**QUESTION NO. 2:** Have Plaintiffs Jonathan Heppner and Trina Heppner proved by a preponderance of the evidence that any of those defendants' unreasonable search of

1   their property/residence was the moving force that caused harm to them?

3   **ANSWER:**

4   JULIA VINCENT              Yes \_\_\_\_        No \_\_\_\_

5   MATTHEW OROPEZA            Yes \_\_\_\_        No \_\_\_\_

6   OSCAR ORDONEZ              Yes \_\_\_\_        No \_\_\_\_

7   ROBERT HITCHMAN, IV        Yes \_\_\_\_        No \_\_\_\_

9   Now Proceed to **Question No. 3**

12   **QUESTION NO. 3:** Has Plaintiff, Jonathan Heppner proved by a preponderance

13   of the evidence that defendant, Robert Hitchman, IV, arrested him without probable

14   cause?

16   **ANSWER:**          Yes \_\_\_\_          No  X

19   If you answered "No" to  **Questions No. 1 and 2,** <u>and</u> "No" to **Question No. 3**, do

20   not answer any more questions.  Have your foreperson date, sign and turn in this Special

21   Verdict Form.

22   If you answered  "Yes" to **Question No. 3**, then proceed to **Question No. 4.**

23   If you answered "Yes" to **Question No. 2** and "No" to **Question No. 3**, proceed to

24   **Question No. 5.**

27   **QUESTION NO. 4:** Has Plaintiff, Jonathan Heppner proved by a preponderance

28   of the evidence that Defendant Robert Hitchman, IV's  arrest of Plaintiff without

3

1  probable cause was the moving force that caused harm to him?

2

3  **ANSWER:**                    Yes _____              No _____

4

5      If you answered "No" to either **Question Nos. 1 or No. 2** <u>and</u> "No" to either

6  **Question Nos. 4**, do not answer any more questions.  Have your foreperson date, sign

7  and turn in this Special Verdict Form.

8      If you answered "Yes" to either **Question No. 2** or **Question No. 4**, proceed to

9  **Question No. 5.**

10

11

12      **QUESTION NO. 5:**  What are Plaintiffs Jonathan Heppner and Trina Heppner's

13  total damages as to the violation of 42 U.S.C §1983 - Search of Property (you may refer

14  to your answers to Questions Nos. 1 and 2 above)?  If you find for the Plaintiffs but you

15  find that the Plaintiffs have failed to prove damages as defined in these instructions, you

16  must award nominal damages.  Nominal damages may not exceed one dollar.

17

18      **ANSWER:**

19      Jonathan Heppner                    $_____

20      Trina Heppner                       $_____

21

22      **TOTAL:**                          $_____

23

24      Now proceed to **Question No. 6.**

25

26

27

28      **QUESTION NO. 6:**  What is Plaintiff Jonathan Heppner's damages as to the

    violation of 42 U.S.C §1983 - Seizure/Arrest Without Probable Cause (you may refer to

your answers to **Questions Nos. 3 and 4** above)?  If you find for the Plaintiffs but you find that the Plaintiffs have failed to prove damages as defined in these instructions, you must award nominal damages.  Nominal damages may not exceed one dollar.


**ANSWER:**

Jonathan Heppner                    $_____


Now proceed to **Question No. 7.**




**QUESTION NO. 7:** Did the Plaintiffs Jonathan Heppner and Trina Heppner prove by a preponderance of the evidence that any of the Defendants acted with malice, oppression, or reckless disregard?


**ANSWER:**

JULIA VINCENT            Yes _____        No _____

MATTHEW OROPEZA        Yes _____        No _____

OSCAR ORDONEZ          Yes _____        No _____

ROBERT HITCHMAN, IV      Yes _____        No _____


DATED:___September 7, 2012____    _____/S/_____
                                    **Foreperson of the Jury**

5

1

**JUDGMENT**

2

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

3

4      1.      That judgment be, and hereby is, entered in favor of the Defendants and

5 against the Plaintiffs;

6      2.      That the Plaintiffs shall take nothing;

7      3.      That the Defendants recover their costs of suit herein.

8

9 DATED: 9/12/2012

10      HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28